UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20CR10065 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| JAMES BART HOLLADAY, | ) | Counts One and Three: Distribution of 50 |
| | ) | Grams or More of a Mixture and Substance |
| Defendant | ) | Containing Methamphetamine |
| | ) | (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)) |
| | ) | |
| | ) | Count Two: Distribution of 500 Grams or More |
| | ) | of a Mixture and Substance Containing |
| | ) | Methamphetamine |
| | ) | (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)) |
| | ) | |
| | ) | Forfeiture Allegation: |
| | ) | (21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Distribution of 50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The United States Attorney charges:

On or about August 9, 2019, in Boston, in the District of Massachusetts, in Los Angeles,

in the Central District of California, and elsewhere, the defendant,

JAMES BART HOLLADAY,

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

<u>COUNT TWO</u>
Distribution of 500 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The United States Attorney further charges:

On or about August 19, 2019, in Boston, in the District of Massachusetts, in Los Angeles,

in the Central District of California, and elsewhere, the defendant,

JAMES BART HOLLADAY,

did knowingly and intentionally distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT THREE
Distribution of 50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The United States Attorney further charges:

On or about December 10, 2019, in Boston, in the District of Massachusetts, and elsewhere,

the defendant,

### JAMES BART HOLLADAY,

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1.      Upon conviction of the offenses in violation of Title 21, United States Code,

Section 841, set forth in Counts One through Three of this Information, the defendant,

### JAMES BART HOLLADAY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offenses; and any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, such offenses.   The property to be forfeited includes, but is

not limited to, the following assets:

> a.      $11,044, to be entered in form of a money judgment; and
>
> b.      $300 in U.S. Currency that was seized from Defendant's wallet in Boston, Massachusetts, on December 10, 2019;

2.      If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendant --

> a.   cannot be located upon the exercise of due diligence;
>
> b.   has been transferred or sold to, or deposited with, a third party;
>
> c.   has been placed beyond the jurisdiction of the Court;
>
> d.   has been substantially diminished in value; or
>
> e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described

in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.


ANDREW E. LELLING
United States Attorney


By: _____

JAMES E. ARNOLD
Assistant U.S. Attorney


Dated:   February 25, 2020