JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** III    **Investigating Agency** USPIS

**City** Boston, Somerville    **Related Case Information:**

**County** Suffolk, Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** James Bart Holladay    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Los Angeles, CA

**Birth date (Yr only):** 1968   **SSN (last4#):** 1368   **Sex** M   **Race:** W   **Nationality:** US

**Defense Counsel if known:** Michael Contant   **Address** 10 Cedar Street

**Bar Number** _____    Suite 23

   Woburn, MA 01801

## U.S. Attorney Information:

**AUSA** James E. Arnold    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 02/25/2020    **Signature of AUSA:** _[signature]_

*[Stamp: FILED IN CLERKS OFFICE, 2020 FEB 25 PM 2:06, U.S. DISTRICT COURT, DISTRICT OF MASS.]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     James Bart Holladay

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) and (b)(1)(B)(viii) | Distribution of 50 grams or more of a mixture or substance containing methamphetamine | 1, 3 |
| Set 2 | 21 USC 841(a)(1) and (b)(1)(A)(viii) | Distribution of 500 grams or more of a mixture or substance containing methamphetamine | 2 |
| Set 3 | 21 USC 853 | Drug Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____