UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.     CRIMINAL NO.: 20 CR 10065 GAO

JAMES BART HOLLADAY

## DEFEENDANT'S MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF HIS HOME FOR EMPLOYMENT PURPOSES

NOW COMES defendant, James Bart Holladay, by and through his attorney, Michael A. Contant, and respectfully requests that this Honorable Court grant him permission to travel outside of his residence for employment purposes. As reasons therefore, the defendant states the following:

1. On November 16, 2023, judgment entered in this matter.

2. Paragraph 5 of the Special Conditions of Supervision states, in relevant part, that defendant is "*restricted to [his] residence at all times except for education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-court obligations; or other activities as pre-approved by the officer.*"

3. Paragraph 5 of the Special Conditions of Supervision also states, in relevant part, that defendant will be *"monitored by the form of location monitoring technology."*

4. Since judgment almost six months ago, defendant has been in full compliance with the orders of the court.

5. The Court had previously allowed the defendant to leave his residence in order to attend an educational conference related to his employment.

6. Defendant lives in an apartment located at 4 Longfellow Place, Apt. 1610, Boston, MA 02114, with his eighty-four-year-old mother.

7. Defendant is a full-time employee of Linguistic Systems, LLC and works as a litigation language technology consultant, and is Vice President of the Language Services Program.

8. As we move further away from the COVID-19 crisis, the defendant's employer is requiring more in-person contact as part of the defendant's employment obligations.

9. The defendant is requesting to leave his residence Monday through Friday, 7 A.M., to 7 P.M., to work at his place of employment.

10. The defendant's place of employment is located at 260 Franklin Street, Boston, MA 02110.

11. The defendant also requests the ability to travel to client and partner offices located in Massachusetts within the same day at the discretion and with prior approval from his probation officer.

12. Allowing this motion would assist the defendant to maintain and move forward with his employment, which provides continued stability and helps to prevent recidivism.

13. Counsel for the defendant has discussed this motion with the defendant's probation officer, who does not object to these amendments, but would defer to the Court's discretion.

WHEREFORE, for the forgoing reasons, the defendant respectfully requests that this Honorable Court allow this Motion.

>Respectfully submitted,
>JAMES BART HOLLADAY,
>By His attorney,
>
>*/s/ Michael A. Contant*
>MICHAEL A. CONTANT / 641342
>Contant Law, P.C.
>10 Cedar Street, Suite 23
>Woburn, MA 01801
>Tel: (617) 227-8383
>mike@contantlaw.com

Dated: 5/22/24

CERTIFICATE OF SERVICE

    I hereby certify that this document filed though the ECF system will be sent electronically to the registered participants ad identified on the Notice of Electronic Filing (NEF).

Dated: 5/22/24                                                */s/ Michael A. Contant*
                                                                               MICHAEL A. CONTANT