UNITIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2024 JUL -9 PM 4:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO.: 20 CR 10065 GAO

JAMES BART HOLLADAY

### DEFEENDANT'S MOTION FOR PERMISSION TO TRAVEL AND ACCESS TO E-FILING SYSTEM

NOW COMES defendant, James Bart Holladay, and respectfully requests that this Honorable Court grant him permission to travel outside of his residence for employment purposes. As reasons therefore, the defendant states the following:

1. On November 16, 2023, judgment entered in this matter.

2. Paragraph 5 of the Special Conditions of Supervision states, in relevant part, that defendant is *"restricted to [his] residence at all times except for education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-court obligations; or other activities as pre-approved by the officer."*

3. Paragraph 5 of the Special Conditions of Supervision also states, in relevant part, that defendant will be *"monitored by the form of location monitoring technology."*

4. Since judgment almost eight months ago, the defendant has been in full compliance with the orders of the court.

5. The Court had previously allowed the defendant to leave his residence to attend an educational conference related to his employment.

6. Defendant lives in an apartment located at 4 Longfellow Place, Apt. 1610, Boston, MA 02114, with his eighty-four-year-old mother.

7. Defendant is a full-time employee of Linguistic Systems, LLC and works as a litigation language technology consultant, and is Vice President of the Language Services Program.

8. As we move further away from the COVID-19 crisis, the defendant's employer is requiring more in-person contact as part of the defendant's employment obligations. A

client has requested an in-person meeting with the defendant to secure an important contract for the company. The defendant's job security by way of performance review depends on successful contracting with this client.

9. The defendant is requesting travel to client offices at the law firm of Ropes and Gray located at 1211 Avenue of The Americas, New York, NY 10036, during one day on the week of July 22, 2024. Defendant will depart in the morning and return in the evening of the appointed day. The day is to be determined by the client representative.

10. The defendant wants to maintain his job to create stability and prevent any chance of recidivism.

11. Defendant requests access to the e-filing system to file motions going forward.

WHEREFORE, for the forgoing reasons, the defendant respectfully requests that this Honorable Court allow this Motion.

                                                           Respectfully submitted,
                                                           JAMES BART HOLLADAY